### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA,
### ATLANTA DIVISION

| | |
|---|---|
| SUSAN FINGER, | Civil Action No. 1:21-cv-04587-SDG |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| ECHO GLOBAL LOGISTICS, INC., DOUGLAS R. WAGGONER, SAMUEL K. SKINNER, MATTHEW FERGUSON, DAVID HABIGER, WILLIAM M. FARROW, III, and VIRGINIA L, HENKELS, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Susan Finger ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

- 2 -

Dated: _April 15, 2022                    **WEISSLAW LLP**

/s/ Michael A. Rogovin
Michael A. Rogovin
Georgia Bar No. 780075
476 Hardendorf Ave. NE
Atlanta, GA 30307
Tel.: (404) 692-7910
Fax: (212) 682-3010
mrogovin@weisslawllp.com

*Attorneys for Plaintiff*

- 2 -